# 628 DECISIONS IN CASES NOT REPORTED.

case granted, with costs. Opinion by Putnam, J.

William T. Hart and others, Respondents, v. The Ogdensburg and Lake Champlain Railroad Company and another, Appellants. — Order affirmed, with ten dollars costs and printing and other disbursements. Opinion by Herrick, J.

Horace J. Allen, Respondent, v. George C. Clark, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, P. J

Hiland H. Chapin, Respondent, v. A. V. Pratt, Appellant. — Judgment affirmed, with costs. Opinion by Putnam, J.

The Second Methodist Episcopal Church, in Greenwich, Respondent, v. Sarah Humphrey, Appellant — Judgment affirmed, with costs. Mem. by Herrick, J.

John D. Spicer and others, Appellants, v. Edward Snyder, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Mayham, P. J.

John Baker, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed. Opinion by Herrick, J.

Matilda A. Powers, an Infant, Respondent, v. The Village of Champlain, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, P. J.

Moses T. Sayles, Appellant, v. Tristram C. Best and Jeremiah I Best, Respondents.—Judgment affirmed, with costs. Opinon by Herrick, J.

Abel A. Crosby, Charles Reynolds and Grove Webster. Survivors of Artemas Sahler, Deceased, Respondents, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Putnam, J.; Mayham, P. J., not acting.

Charles E. Bullard and Charles O. Howe, Appellants, v. Mary C. Harris and another, Respondents. — Order of the Special Term affirmed, with ten dollars costs and printing and other disbursements. Opinion by Herrick, J.

Charles E. Bullard and Charles O. Howe, Appellants, v. James H. Kenyon and Ellen M. Kenyon and others, Respondents. — Judgment affirmed, with costs. Opinion by Herrick, J.

Charles A. Smith, Appellant, v. Andrew D. Simmons, Respondent. — Judgment affirmed, with costs. Opinion by Putnam, J.

Augusta M. Fake, Respondent, v. Dayton S. Kellogg, Appellant. — Judgment affirmed, with costs. Mem. by Herrick, J.

Fanny Leopold, Respondent, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Herrick, J.

Eugene S. Clark, Appellant, v. Charles W. Lude, Respondent. — Order of the county judge granting a new trial reversed, with costs. Mem. by Putnam, J.

Annie I. Dawson, as Trustee of Burret S. Dawson, George Dawson and Charles Dawson, Respondents, v. John D. Parsons, Appellant, Nancy M. Dawson and Caroline E. Ten Eyck, as Executors of the Last Will and Testament of Philip Ten Eyck, Deceased.— Order affirmed on opinion of Special Term. Mem. by Mayham, P. J.; Herrick, J., not acting.

John Redmond, Respondent, v. Peter H. Buckley, Appellant. — Order affirmed, with costs. Opinion by Putnam, J ; Herrick, J., not acting.

In the Matter of the Application of Daniel Hyzer, Sole Trustee of School District No. 3 of the Town of Hardenburgh for a Writ of Mandamus, Respondent, v. The Board of Supervisors of the County of Ulster, Appellant.

In the Matter of the Application of Sturgis Bulkley, Sole Trustee of School District No. 10 of the Town of Hardenburgh for a Writ of Mandamus, Respondent, v. The Board of Supervisors of the County of Ulster, Appellant.

In the Matter of the Application of Colonel Sprague, Sole Trustee of School District No. 5 of the Town of Hardenburgh for a Writ of Mandamus, Respondent, v. The Board of Supervisors of the County of Ulster, Appellant. — Order in each case affirmed, with costs. Opinion by Herrick, J.

John E. Harrington, Appellant, v. The Franklin Fire Insurance Company of Philadelphia, Respondent. — Judgment reversed, new trial granted, costs to abide the event. Opinion by Herrick, J.

Emma Moussette, Respondent, v. Charles G. Bacon, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, P. J.; Putnam, J., not acting.

William H. Flack, Appellant, v. George Karr and George W. Wannamaker, Respondents. — Judgment affirmed. Mem. by Putnam, J.

In the Matter of the Application of John W Flynn and Charles Travis to Open the Decree made by the Saratoga County Surrogate March 25, 1890, on the Final Settlement of the Account of Charles Leach, as a Guardian of Lettie Leach Brown. — Order of the surrogate affirmed, with costs. Opinion by Herrick, J.

Charles H. Fort, as Assignee of John Benoit, for the Benefit of Creditors, Respondent, v. James Milligan, Appellant.—Judgment affirmed, with costs. Mem. by Herrick, J.

Charles J. Webb and Harry E. Lincoln, Appellants, v. J. Melvin Thomas, William T. Pettengill and William J. Kline, Respondents.—Judgment affirmed, with costs. Opinion by Putnam, J.

Peter Rice, Respondent, v. Patrick Daley and others, Appellants. — Judgment reversed, new trial granted, costs to abide the event. Opinion by Putnam, J.

Mary E. Stephens, Appellant, v. The Hudson Valley Knitting Company, Respondent.—Order appealed from reversed, with costs and printing disbursements. Opinion by Herrick, J.

John N. Moore, Appellant, v. Laura M. Nye, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Mayham, P. J.

Homedas Riendean, Respondent, v. Roselle Bullock and others, Appellants. — Judgment reversed, new trial granted, costs to abide event. Opinion by Putnam, J.

Isaac G. Hathaway, Appellant, v. The Fitchburgh Railroad Company, Respondent. — Judgment of the County Court so modified as to grant a new trial in the Justice's Court, costs to abide the event. Mem. by Herrick, J.

The People of the State of New York ex rel. Mason Springsted, Respondent, v. The Board of Trustees of the Village of Cobleskill, Appellants.—Order reversed, with costs and printing, and the motion denied, with costs. Opinion by Putnam, J.; Mayham, P. J., not acting.

Thomas G. Birdsall, Respondent, v. Charles B. Keyes, Appellant. — Judgment affirmed. Opinion by Mayham, P. J.; Putnam, J., concurred; Herrick, J., concurred in the result.

Frank McGuirk and others, Respondents, v. Mutual Benefit Life Company of Hartford, Connecticut, Appellant. — Judgment affirmed, with costs. Opinion by Herrick, J.

Stephen L. Constable, Respondent, v. Rufus Lefever and Cornelius I. Lefever, Appellants. — Judgment affirmed, with costs. Opinion by Putnam, J.

The People of the State of New York, Respondent, v. Philip W. Frederick, Appellant.—Judgment of conviction reversed. Opinion by Herrick, J.

John H. Sheehan, as Surviving Partner, Respondent, v. Daniel W. Fleetham and others, Appellants. — Judgment reversed, new trial granted, costs to abide event. Opinions by Putnam, J., and Mayham, P. J.